AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED

2009 AUG -5 PM 1: 53

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Devin Shea KENNEDY-PUTHOFF | ) | Case No. |
| | ) | |
| | ) | A-09-M-520 |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  09/07/2008  in the county of  Travis  in the  Western  District of
Texas , the defendant violated  18  U. S. C. §  922(g)(4) and 922(a)(1)(6)
, an offense described as follows:

Possession of a firearm(s) which traveled in and affected interstate and/or foreign commerce by a person who has been adjudicated as a mental defective or has been committed to a mental institution.

Knowingly make false or fictitious oral or written statement to a licensed firearm dealer to aquire a firearm(s).

This criminal complaint is based on these facts:

****SEE ATTACHED*****

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Merkle
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  8/5/09

_____
Robert Pitman  *Judge's signature*
U.S. Magistrate Judge
_____
*Printed name and title*

City and state:  Austin, TX

## AFFIDAVIT

The affiant, Matthew Merkle, being duly sworn, deposes and states the following:

1. That the affiant has been a Federal Agent for approximately 18 years. That the affiant has been employed with the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Special Agent, since 1998 and previously employed as a Deputy United States Marshal. That the affiant, as an ATF Special Agent, is empowered to make arrests, conduct investigations, and execute search and arrest warrants relative to Federal firearms offenses pursuant to Title 18 of the United States Code.

2. Your affiant investigated alleged violations of Federal firearms laws by Devin Shea KENNEDY-PUTHOFF. This affidavit sets forth facts believed to establish probable cause to arrest Devin Shea KENNEDY-PUTHOFF, DOB 8/11/1975, Texas DL 04409375, for alleged violations of Title 18, U.S.C., Section 922(g)(4), Possession of a firearm(s) by a person who has been adjudicated as a mental defective or has been committed to a mental institution and Title 18, U.S.C., Section 922(a)(1)(6), Knowingly make false or fictitious oral or written statement to a licensed firearms dealer to acquire a firearm(s).

3. That the affiant has personal knowledge of the facts herein set forth with the exception of the matters expressly stated to be based upon information and belief of others.

4. The affiant was contacted by the Travis County District Attorney's Office, who requested assistance with alleged Federal firearms violations committed by Devin Shea KENNEDY-PUTHOFF.

5. On or about 9/7/2008, Austin Police Officers (APD) responded to a "shots fired" call at the Barton Creek AMC Theater, located at 2901 S. Capitol of Texas Highway, Austin, TX. APD officers conducted an investigation of the shooting incident which occurred inside the movie theater. Subsequently, as a result of witness interviews and a video surveillance camera recording, officers identified the suspect as Devin Shea KENNEDY-PUTHOFF.

6. During the investigation APD officers recovered one (1) .45 caliber shell casing and one (1) .45 caliber fired round of ammunition inside the movie theater.

7. On 9/7/2008, after the shooting incident at the AMC Theater, APD officers responded to a separate "shots fired" call and received information that the suspect was armed with two guns and discharging the firearms within the parking lot of EZ's Restaurant, located at 4001 N. Lamar, Austin, TX.

8.     Subsequent to arrival at EZ's Restaurant, APD officers located an individual inside the men's restroom matching the description of the suspect at the AMC Theater shooting incident.  Officers forced entry into a men's  restroom stall and arrested the suspect.  The suspect was identified as Devin Shea KENNEDY-PUTHOFF.  The officers located and seized one (1) Colt .45 caliber pistol which KENNEDY-PUTHOFF had on his person and one (1) Colt, .45 caliber pistol from the handicapped rail inside the bathroom stall.  Officers also located and seized  four (4) magazines for the firearms, all of which contained live rounds of .45 caliber ammunition from KENNEDY-PUTHOFF.

9.     Subsequent to arrest, a State Search Warrant was executed at the residence of KENNEDY-PUTHOFF.  APD recovered and seized two (2) blue plastic gun cases, one (1) empty box of Federal brand, .45 caliber ammunition and one (1) box of Federal brand, .45 caliber ammunition containing seven (7) live rounds of ammunition.  Also, two (2) blue original ticket stubs for the AMC Movie Theater were recovered and seized as evidence.

10.    Your affiant developed information that KENNEDY-PUTHOFF had purchased firearms from McBride's Gun Shop, a Federally Licensed Firearms Dealer, located in Austin, TX.  The affiant contacted McBride's Gun Shop and obtained a copy of the ATF Form 4473 which KENNEDY-PUTHOFF completed and signed.

11.    Your affiant verified KENNEDY-PUTHOFF answered "No" to Question 11 (f) of the ATF Form 4473, which specifically asks, "Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution."  Subsequently, KENNEDY-PUTHOFF purchased two (2) Colt, .45 caliber pistols, model Agent, serial numbers GTO3262 and GTO1251.

12.    The two (2) firearms purchased at McBride's Gun Shop by KENNEDY-PUTHOFF matched the serial numbers recovered and seized from KENNEDY-PUTHOFF during the shooting incident at EZ's restaurant.

13.    Your affiant requested and received a certified copy of the State of Texas Judicial Order For Temporary Inpatient Mental Health Services, NO. 47,054, dated November 21, 2007, which committed Devin Shea KENNEDY-PUTHOFF to Seton Shoal Creek Hospital, a licensed private mental hospital under the provisions of Chapter 577 of the Health and Safety Code, for a period not to exceed 90 days.  The Judicial Order stated KENNEDY-PUTHOFF was mentally ill and "is likely to cause serious harm to self."

14.     Your affiant received a copy of the APD Laboratory Report # L0811398, which concluded that the firearm ammunition evidence recovered from the AMC Movie Theater were positively identified as having been fired from the Colt .45 caliber pistol, serial number GTO1251 which was purchased and possessed by KENNEDY-PUTHOFF.

15.     Your affiant conducted further interviews regarding KENNEDY-PUTHOFF and received verification from a medically licensed Forensic Psychiatrist who has examined the subject extensively and concluded that KENNEDY-PUTHOFF is obsessed with firearms and once he is released from a confined facility he will attempt to "self heal" by discontinuing his medications and once again obtain a firearm.

16.     That based on the aforementioned facts stated above, the affiant has probable cause to believe that on, or about, September 7, 2008, Devin Shea KENNEDY-PUTHOFF, did unlawfully possess firearms which had traveled in interstate and or foreign commerce; said offense taking place in Travis County, Western Judicial District of Texas, in violation of Title 18, U.S.C., 922(g)(4) and Title 18, U.S.C., 922(a)(1)(6).

I, your affiant, Matthew Merkle, declare under penalty of perjury that the foregoing is

true and correct to the best of my knowledge.

Matthew Merkle
ATF Special Agent

Sworn and subscribed to me on this _____ day of August 2009.

Robert Pittman
United States Magistrate Judge